AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Hunter Cade Brown  )  <br> *Plaintiff*  ) <br> v.  ) <br> Kilolo Kijakazi, Commissioner of Social Security  ) <br> *Defendant*  ) | Civil Action No. 4:20-CV-02300 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other**: Final judgment is entered in favor of Kilolo Kijakazi, Commissioner of Social Security, and against Plaintiff, Hunter Cade Brown, pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge William I. Arbuckle on a motion for Pursuant to Memorandum Opinion and Order dated 9/6/2022 [ECF Docs. 24, 25].

Date: 9/6/2022

CLERK OF COURT

Peter Welsh, Clerk of Court
By: *s/Christine A. Williamson*, Deputy Clerk
*Signature of Clerk or Deputy Clerk*